No. State 124.   JOHNSON, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 222 N. W. 2d 707.)

Criminal law. Homicide. Second-degree murder. Sufficiency of trial court's reasons for sentence. Appropriateness.

The cause was submitted for the plaintiff in error on the brief of *Howard B. Eisenberg*, state public defender, and for the defendant in error on the brief of *Robert W. Warren*, attorney general, and *Robert D. Martinson*, assistant attorney general.